# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>MRUNAL DESAI,<br><br>Defendants. | Case No. 23-mj-70970-MAG-1  (VKD)<br><br>Charging District: Northern District of Texas (Dallas Division)<br><br>Charging District's Case No.:<br>CR 23-0249-E |

### ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:  Northern District of Texas<br>Dallas Division<br>1100 Commerce St., Room 1376 W<br>Dallas, TX 75242 | Courtroom No.:  13th Flr., 1306<br>Judge Rutherford |
|---|---|
| | Date and Time:   July 14, 2023, at 10:00 a.m. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: June 30, 2023

_Virginia K. DeMarchi_
Virginia K. DeMarchi
United States District Judge

Transfer_No-Custody_CR_AO 467_CSA
rev. 3-19